KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX BOQUIREN MANGOBA;<br>ENRICO MAYAPIS MANGOBA;<br>MIGUEL CARBONELL BOSCH;<br>FERNANDO REY DUPA BOSCH;<br>MICHELLE MARGARET DUPA BOSCH;<br>GUILLERMO MACAPAGAL TOLENTINO;<br>ELIZABETH LUCAS TOLENTINO,<br><br>               Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>United States Department of Homeland<br>Security; EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services ("USCIS"); ROBERT LOONEY,<br>Director, USCIS, Bangkok District Office,<br>Bangkok, Thailand; JOHN P. ABRAM,<br>Officer-in-Charge, USCIS, Manila Sub Office,<br>Manila, Philippines; CONDOLEEZA RICE,<br>Secretary, United States Department of State;<br>DAVID TYLER, Director, National Visa<br>Center,<br><br>               Defendants. | No. C 06-3797 PJH<br><br>**STIPULATION TO EXTEND DATES;<br>and [P~~ROPOSED~~] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

Stip to Ext Time
C 06-3797 PJH

1. Plaintiffs filed this action on or about June 16, 2006, and filed an Amended Complaint on August 18, 2006. Defendants' Answer to the Amended Complaint is due on October 17, 2006.

2. On August 29, 2006, this case was reassigned from Chief Magistrate Judge Larson to this Court. Pursuant to this Court's August 30, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 21, 2006 and attend a case management conference on September 28, 2006.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order 30 days as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification: | October 19, 2006 |
| Last day to file/serve Joint Case Management Statement: | November 2, 2006 |
| Case Management Conference: | November 9, 2006 at 2:30 p.m. |

Dated: August 31, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 31, 2006

/s/
LORI SCHOENBERG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/1/06

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stip to Ext Time
C 06-3797 PJH                    2