KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX BOQUIREN MANGOBA;<br>ENRICO MAYAPIS MANGOBA;<br>MIGUEL CARBONELL BOSCH;<br>FERNANDO REY DUPA BOSCH;<br>MICHELLE MARGARET DUPA BOSCH;<br>GUILLERMO MACAPAGAL TOLENTINO;<br>ELIZABETH LUCAS TOLENTINO,<br><br>           Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>United States Department of Homeland<br>Security; EMILIO T. GONZALEZ, Director,<br>United States Citizenship and Immigration<br>Services ("USCIS"); ROBERT LOONEY,<br>Director, USCIS, Bangkok District Office,<br>Bangkok, Thailand; JOHN P. ABRAM,<br>Officer-in-Charge, USCIS, Manila Sub Office,<br>Manila, Philippines; CONDOLEEZA RICE,<br>Secretary, United States Department of State;<br>DAVID TYLER, Director, National Visa<br>Center,<br><br>           Defendants. | No. C 06-3797 PJH<br><br>**SECOND STIPULATION TO EXTEND DATES; and [P~~ROPOSED~~] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

2d Stip to Ext Time
C 06-3797 PJH

1. Plaintiffs filed this action on or about June 16, 2006, and filed an Amended Complaint on August 18, 2006. Defendants' Answer to the Amended Complaint was due on October 17, 2006.

2. On September 1, 2006, the Court approved the parties' first request for an extension of dates.

2. The parties are trying to resolve this matter without further litigation and hereby respectfully ask this Court to extend the dates in the Court's scheduling order an additional 30 days as follows:

Last day to file Joint ADR Certification:                November 17, 2006

Last day to file/serve Joint Case Management Statement:  December 4, 2006

Case Management Conference:                              December 14, 2006 at 2:30 p.m.

Dated: October 19, 2006                   Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorney for Defendants


Dated: October 19, 2006                   _____/s/_____
                                          LORI SCHOENBERG
                                          Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/23/06

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

2d Stip to Ext Time
C 06-3797 PJH                             2