**ROBERT L. REEVES**
California State Bar No. 92878
**LORI B. SCHOENBERG**
California State Bar No. 212972
**NANCY E. MILLER**
California State Bar No. 120031
immigration@rreeves.com
**REEVES & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101
Tel: (626) 795-6777
Fax: (626) 795-6999

Attorneys for plaintiffs Felix Boquiren Mangoba, Enrico Mayapis Mangoba, Miguel Carbonell Bosch, Fernando Rey Dupa Bosch, Michelle Margaret Dupa Bosch, Guillermo Macapagal Tolentino, and Elizabeth Lucas Tolentino

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (HONORABLE PHYLLIS J. HAMILTON)

| | |
|---|---|
| FELIX BOQUIREN MANGOBA, ENRICO MAYAPIS MANGOBA, MIGUEL CARBONELL BOSCH, FERNANDO REY DUPA BOSCH, MICHELLE MARGARET DUPA BOSCH, GUILLERMO MACAPAGAL TOLENTINO, ELIZABETH LUCAS TOLENTINO,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; EMILIO T. GONZALEZ, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT LOONEY, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION | Case No. C 06-03797 PJH<br><br>**(1) STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; and**<br><br>**(2) [PROPOSED] ORDER** |

1
(1) STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; (2) [PROPOSED] ORDER

|   |   |
|---|---|
| SERVICES, BANGKOK DISTRICT OFFICE, BANGKOK, THAILAND; JOHN P. ABRAM, OFFICER-IN-CHARGE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, MANILA SUB OFFICE, MANILA, PHILIPPINES; CONDOLEEZA RICE, SECRETARY, UNITED STATES DEPARTMENT OF STATE; DAVID TYLER, DIRECTOR, NATIONAL VISA CENTER, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

The parties, through their attorneys of record, hereby stipulate to dismissal of the above-mentioned case without prejudice, in light of the Defendants' agreement to process and adjudicate the Plaintiffs' applications for immigrant visas through the National Visa Center and the United States Embassy in Manila, Philippines, under the immigrant visa preference category for unmarried sons of lawful permanent residents, at section 203(a)(2)(B) of the Immigration and Nationality Act, 8 U.S.C. § 1153(a)(2)(B). The parties will bear their own costs and fees, including attorneys' fees.

///

///

Respectfully Submitted,

Dated: December 8, 2006         /S/    Lori B. Schoenberg
**ROBERT L. REEVES**
**LORI B. SCHOENBERG**
**NANCY E. MILLER**
**REEVES & ASSOCIATES, A PLC**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101

attorneys for plaintiffs

Dated: December 8, 2006         **KEVIN V. RYAN**
United States Attorney
**JOANN M. SWANSON**
Assistant United States Attorney
Chief, Civil Division

    /S/    Ila C. Deiss
**ILA C. DEISS**
Assistant United States Attorney

attorneys for defendants

3
(1) STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; (2) [PROPOSED] ORDER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (HONORABLE PHYLLIS J. HAMILTON)

| | |
|---|---|
| FELIX BOQUIREN MANGOBA, ET AL., | ) Case No. C 06-03797 PJH |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| MICHAEL CHERTOFF, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., | ) (immigration case) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the above stipulation is approved, and that this case is dismissed without prejudice, with each party bearing his or her own costs and fees, including attorneys' fees.

Dated: 12/11/06

_____
**HONORABLE PHYLLIS J. HAMILTON**
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

4
(1) STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; (2) [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**/S/ LORI B. SCHOENBERG**